**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

TERESA LATIMORE, individually, and on behalf of all others similarly situated,

Plaintiff,

Case No.: 0:26-cv-61714

v.

ADVANCED RECOVERY SYSTEMS LLC d/b/a THE RECOVERY VILLAGE,

Defendant.

**DEFENDANT ADVANCED RECOVERY SYSTEMS D/B/A THE RECOVERY VILLAGE'S ANSWER**

Defendant Advanced Recovery Systems LLC d/b/a The Recovery Village ("Defendant"), by and through the undersigned counsel, hereby asserts the following Answer in response to Plaintiff Teresa Latimore's ("Plaintiff") Complaint ("Complaint"). Defendant incorporates the headings and sub-headings of the Complaint for reference only, and except as expressly admitted below, denies the claims and allegations of the Complaint.

**NATURE OF THE ACTION**

1. Defendant admits that Plaintiff has brought this lawsuit as a putative class action and denies any remaining allegations in Paragraph 1 of Plaintiff's Complaint.

2. Defendant admits it provides behavioral health services and denies the remaining allegations in Paragraph 2 of Plaintiff's Complaint as alleged.

3. As alleged, Defendant denies the allegations in Paragraph 3 of Plaintiff's Complaint.

4. Defendant denies the allegations in Paragraph 4 of Plaintiff's Complaint.

5. The text of the statutes and regulations referenced in Paragraph 5 of Plaintiff's Complaint speaks for itself. To the extent the allegations in Paragraph 5 of Plaintiff's Complaint contradict the specified statutes and regulations, Defendant denies them and any remaining allegations of Paragraph 5.

6. Defendant denies the allegations in Paragraph 6 of Plaintiff's Complaint.

7. Defendant denies the allegations in Paragraph 7 of Plaintiff's Complaint.

8. The allegations in Paragraph 8 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 8 of Plaintiff's Complaint.

9. The allegations in Paragraph 9 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 9 of Plaintiff's Complaint.

10. The allegations in Paragraph 10 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 10 of Plaintiff's Complaint.

11. The allegations in Paragraph 11 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 11 of Plaintiff's Complaint.

12. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 12 of the Complaint, and therefore denies the same.

**PARTIES**

13. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 13 of the Complaint, and therefore denies the same.

14. Defendant admits the allegations in the first two sentences of Paragraph 14 of Plaintiff's Complaint and denies any remaining allegations of Paragraph 14.

**JURISDICTION AND VENUE**

15. The allegations in Paragraph 15 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 15 of Plaintiff's Complaint.

16. The allegations in Paragraph 16 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 16 of Plaintiff's Complaint.

17. The allegations in Paragraph 17 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 17 of Plaintiff's Complaint.

18. The allegations in Paragraph 18 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 18 of Plaintiff's Complaint.

19. The allegations in Paragraph 19 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 19 of Plaintiff's Complaint.

## FACTUAL ALLEGATIONS

### A. Overview of Website Tracking on Substance Abuse Treatment Websites

20. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 20 of the Complaint, and therefore denies the same.

21. Defendant denies the allegations in Paragraph 21 of Plaintiff's Complaint.

22. Defendant denies the allegations in Paragraph 22 of Plaintiff's Complaint.

### B. The Special Sensitivity of Substance Abuse Treatment Information and Applicable Confidentiality Protections

23. Defendant denies the allegations in Paragraph 23 of Plaintiff's Complaint.

24. The text of the statutes and regulations referenced in Paragraph 24 of Plaintiff's Complaint speaks for itself. To the extent the allegations in Paragraph 24 of Plaintiff's Complaint contradict the specified statutes and regulations, Defendant denies them and any remaining allegations of Paragraph 24.

25. The text of the statute referenced in Paragraph 25 of Plaintiff's Complaint speaks for itself. To the extent the allegations in Paragraph 25 of Plaintiff's Complaint contradict the specified statute, Defendant denies them and any remaining allegations of Paragraph 25.

26. The allegations in Paragraph 26 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 26 of Plaintiff's Complaint.

27. The allegations in Paragraph 27 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 27 of Plaintiff's Complaint.

**C. The Google Analytics Tracking Technology**

28. Defendant denies that it has implemented the specified software on its website. Defendant lacks sufficient information to admit or deny the remainder of the allegations contained in Paragraph 28 of the Complaint, and therefore denies the same.

29. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 29 of the Complaint, and therefore denies the same.

30. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 30 of the Complaint, and therefore denies the same.

31. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 31 of the Complaint, and therefore denies the same.

**D. The Microsoft Advertising Ecosystem (Clarity and Bing Universal Event Tracking)**

32. Defendant denies that it has implemented the specified software on its website. Defendant lacks sufficient information to admit or deny the remainder of the allegations contained in Paragraph 32 of the Complaint, and therefore denies the same.

33. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 33 of the Complaint, and therefore denies the same.

34. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 34 of the Complaint, and therefore denies the same.

35. The text of the document referenced in Paragraph 35 of Plaintiff's Complaint speaks for itself. To the extent the allegations in Paragraph 35 of Plaintiff's Complaint contradict the specified document, Defendant denies them and any remaining allegations in Paragraph 35.

36. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 36 of the Complaint, and therefore denies the same.

**E. ARS Shares Users' Private Health and Addiction Treatment Information with Third Parties**

37. Defendant admits that users are able to perform certain activities on its website. Defendant denies the remainder of the allegations in Paragraph 37 of Plaintiff's Complaint.

38. As alleged, Defendant denies the allegations in Paragraph 38 of Plaintiff's Complaint.

**i. User Admissions and Self-Assessments**

39. As alleged, Defendant denies the allegations in Paragraph 39 of Plaintiff's Complaint.

40. As alleged, Defendant denies the allegations in Paragraph 40 of Plaintiff's Complaint.

41. The allegations in Paragraph 41 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 41 of Plaintiff's Complaint.

42. As alleged, Defendant denies the allegations in Paragraph 42 of Plaintiff's Complaint.

43. Defendant denies the allegations in Paragraph 43 of Plaintiff's Complaint.

44. Defendant denies the allegations in Paragraph 44 of Plaintiff's Complaint.

45. Defendant denies the allegations in Paragraph 45 of Plaintiff's Complaint.

46. Defendant denies the allegations in Paragraph 46 of Plaintiff's Complaint.

47. Defendant denies the allegations in Paragraph 47 of Plaintiff's Complaint.

48. Defendant denies the allegations in Paragraph 48 of Plaintiff's Complaint.

49. Defendant denies the allegations in Paragraph 49 of Plaintiff's Complaint.

50. Defendant denies the allegations in Paragraph 50 of Plaintiff's Complaint.

51. Defendant denies the allegations in Paragraph 51 of Plaintiff's Complaint.

52. Defendant denies the allegations in Paragraph 52 of Plaintiff's Complaint.

53. Defendant denies the allegations in Paragraph 53 of Plaintiff's Complaint.

54. Defendant denies the allegations in Paragraph 54 of Plaintiff's Complaint.

55. Defendant denies the allegations in Paragraph 55 of Plaintiff's Complaint.

56. Defendant denies the allegations in Paragraph 56 of Plaintiff's Complaint.

57. Defendant denies the allegations in Paragraph 57 of Plaintiff's Complaint.

58. Defendant denies the allegations in Paragraph 58 of Plaintiff's Complaint.

**ii. Users Search for Treatment Locations and Insurance Coverage**

59. Defendant denies the allegations in Paragraph 59 of Plaintiff's Complaint.

60. Defendant denies the allegations in Paragraph 60 of Plaintiff's Complaint.

61. Defendant denies the allegations in Paragraph 61 of Plaintiff's Complaint.

62. Defendant denies the allegations in Paragraph 62 of Plaintiff's Complaint.

63. Defendant denies the allegations in Paragraph 63 of Plaintiff's Complaint.

64. Defendant denies the allegations in Paragraph 64 of Plaintiff's Complaint.

**iii. Users Phone Interactions with ARS**

65. Defendant admits that its phone number is displayed on its website. Defendant denies the remainder of the allegations in Paragraph 65 of Plaintiff's Complaint.

66. Defendant denies the allegations in Paragraph 66 of Plaintiff's Complaint.

**iv. User Search Activity**

67. Defendant admits that its website has a search bar. As alleged, Defendant denies the remainder of the allegations in Paragraph 67 of Plaintiff's Complaint.

68. Defendant denies the allegations in Paragraph 68 of Plaintiff's Complaint.

69. As alleged, Defendant denies the allegations in Paragraph 69 of Plaintiff's Complaint.

**v. User Browsing Activity Across All Pages of the Website**

70. As alleged, Defendant denies the allegations in Paragraph 70 of Plaintiff's Complaint.

71. Defendant denies the allegations in Paragraph 71 of Plaintiff's Complaint.

**F. Defendant's Responsibility for the Interception of Electronic Communications**

72. The allegations in Paragraph 72 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 72 of Plaintiff's Complaint.

73. Defendant denies the allegations in Paragraph 73 of Plaintiff's Complaint.

74. Defendant denies the allegations in Paragraph 74 of Plaintiff's Complaint.

**G. ARS's Privacy Policy Does Not Authorize the Tracking Conduct**

75. Defendant admits that its website includes a cookie banner, a privacy policy, and a toolbar for privacy options. Defendant denies the remainder of the allegations in Paragraph 75 of Plaintiff's Complaint.

76. The allegations in Paragraph 76 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 76 of Plaintiff's Complaint.

77. The allegations in Paragraph 77 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 77 of Plaintiff's Complaint.

78. The allegations in Paragraph 78 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 78 of Plaintiff's Complaint.

79. The allegations in Paragraph 79 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 79 of Plaintiff's Complaint.

80. The text of the document referenced in Paragraph 80 of Plaintiff's Complaint speaks for itself. To the extent the allegations in Paragraph 80 of Plaintiff's Complaint contradict the document, Defendant denies them and any remaining allegations contained in Paragraph 80.

**H. ARS's Conduct Violates HIPAA, Fla. Stat. § 397.501, and 42 U.S.C. § 290dd-2**

81. The allegations in Paragraph 81 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 81 of Plaintiff's Complaint.

82. The text of the regulation referenced in Paragraph 82 of Plaintiff's Complaint speaks for itself. To the extent the allegations in Paragraph 82 of Plaintiff's Complaint contradict the regulation, Defendant denies them.

83. The allegations in Paragraph 83 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 83 of Plaintiff's Complaint.

84. The allegations in Paragraph 84 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 84 of Plaintiff's Complaint.

85. The allegations in Paragraph 85 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 85 of Plaintiff's Complaint.

86. The allegations in Paragraph 86 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 86 of Plaintiff's Complaint.

87. The allegations in Paragraph 87 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 87 of Plaintiff's Complaint.

88. The allegations in Paragraph 88 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 88 of Plaintiff's Complaint.

**I. Plaintiff's Specific Experience**

89. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 89 of the Complaint, and therefore denies the same.

90. Defendant denies that any of Plaintiff's interactions with Defendant's website were intercepted and/or transmitted to any third party. Defendant lacks

sufficient information to admit or deny the remainder of the allegations contained in Paragraph 90 of the Complaint, and therefore denies the same.

91. Defendant denies that any of Plaintiff's interactions with Defendant's website were intercepted and/or transmitted to any third party. Defendant lacks sufficient information to admit or deny the remainder of the allegations contained in Paragraph 91 of the Complaint, and therefore denies the same.

92. Defendant denies that any of Plaintiff's interactions with Defendant's website were intercepted and/or transmitted to any third party. Defendant lacks sufficient information to admit or deny the remainder of the allegations contained in Paragraph 92 of the Complaint, and therefore denies the same.

93. The allegations in Paragraph 93 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 93 of Plaintiff's Complaint.

## INJURY TO PLAINTIFF AND CLASS MEMBERS

94. Defendant denies the allegations in Paragraph 94 of Plaintiff's Complaint.

95. The allegations in Paragraph 95 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 95 of Plaintiff's Complaint.

96. The allegations in Paragraph 96 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 96 of Plaintiff's Complaint.

97. Defendant denies the allegations in Paragraph 97 of Plaintiff's Complaint.

98. Defendant denies the allegations in Paragraph 98 of Plaintiff's Complaint.

99. The allegations in Paragraph 99 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 99 of Plaintiff's Complaint.

## CLASS ACTION ALLEGATIONS

100. Defendant admits that Plaintiff has brought this lawsuit as a putative class action and denies any remaining allegations in Paragraph 100.

101. Defendant admits that Plaintiff has defined the Nationwide Class which she seeks to represent as specified in the Complaint and denies any remaining allegations contained in Paragraph 101.

102. Defendant admits that Plaintiff has defined the Florida Class which she seeks to represent as specified in the Complaint and denies any remaining allegations contained in Paragraph 102.

103. Defendant admits that Plaintiff has defined the Class which she seeks to represent as specified in the Complaint and denies any remaining allegations in Paragraph 103.

104. Defendant admits that Plaintiff has defined the Class which she seeks to represent to exclude the individuals and groups specified in the Complaint and denies any remaining allegations in Paragraph 104.

105. The allegations in Paragraph 105 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 105 of Plaintiff's Complaint.

106. The allegations in Paragraph 106 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 106 of Plaintiff's Complaint.

107. The allegations in Paragraph 107 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 107 of Plaintiff's Complaint.

108. The allegations in Paragraph 108 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 108 of Plaintiff's Complaint.

109. The allegations in Paragraph 109 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 109 of Plaintiff's Complaint.

110. The allegations in Paragraph 110 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 110 of Plaintiff's Complaint.

111. The allegations in Paragraph 111 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 111 of Plaintiff's Complaint.

112. The allegations in Paragraph 112 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 112 of Plaintiff's Complaint.

113. Defendant admits that Plaintiff seeks certification of the specified issue class and denies any remaining allegations in Paragraph 113 of Plaintiff's Complaint.

## CAUSES OF ACTION

### COUNT I: VIOLATION OF THE FLORIDA SECURITY OF COMMUNICATIONS ACT (Fla. Stat. § 934.03)

114. Defendant incorporates by reference its responses to the allegations in the previous paragraphs of the Complaint as if fully set forth herein.

115. The text of the statutes referenced in Paragraph 115 of Plaintiff's Complaint speaks for itself. To the extent the allegations in Paragraph 115 of Plaintiff's Complaint contradict the specified statutes, Defendant denies them and any remaining allegations in Paragraph 115.

116. The text of the statutes and court opinions referenced in Paragraph 116 of Plaintiff's Complaint speaks for itself. To the extent the allegations in Paragraph 116 of Plaintiff's Complaint contradict the specified statutes and court opinions, Defendant denies them and any remaining allegations in Paragraph 116.

117. The allegations in Paragraph 117 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 117 of Plaintiff's Complaint.

118. The allegations in Paragraph 118 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 118 of Plaintiff's Complaint.

119. The allegations in Paragraph 119 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 119 of Plaintiff's Complaint.

120. Defendant denies the allegations in Paragraph 120 of Plaintiff's Complaint.

121. The allegations in Paragraph 121 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 121 of Plaintiff's Complaint.

**COUNT II: VIOLATION OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT (18 U.S.C. § 2511 et seq.)**

122. Defendant incorporates by reference its responses to the allegations in the previous paragraphs of the Complaint as if fully set forth herein.

123. The text of the statute referenced in Paragraph 123 of Plaintiff's Complaint speaks for itself. To the extent the allegations in Paragraph 123 of Plaintiff's Complaint contradict the specified statute, Defendant denies them and any remaining allegations in Paragraph 123.

124. The text of the statute referenced in Paragraph 124 of Plaintiff's Complaint speaks for itself. To the extent the allegations in Paragraph 124 of Plaintiff's Complaint contradict the specified statute, Defendant denies them and any remaining allegations in Paragraph 124.

125. The allegations in Paragraph 125 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 125 of Plaintiff's Complaint.

126. The allegations in Paragraph 126 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 126 of Plaintiff's Complaint.

127. The allegations in Paragraph 127 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 127 of Plaintiff's Complaint.

128. The allegations in Paragraph 128 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 128 of Plaintiff's Complaint.

129. The allegations in Paragraph 129 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 129 of Plaintiff's Complaint.

130. The allegations in Paragraph 130 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 130 of Plaintiff's Complaint.

131. The allegations in Paragraph 131 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 131 of Plaintiff's Complaint.

**COUNT III**
**UNJUST ENRICHMENT**

132. Defendant incorporates by reference its responses to the allegations in the previous paragraphs of the Complaint as if fully set forth herein.

133. The allegations in Paragraph 133 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 133 of Plaintiff's Complaint.

134. Defendant denies the allegations in Paragraph 134 of Plaintiff's Complaint.

135. Defendant denies the allegations in Paragraph 135 of Plaintiff's Complaint.

136. Defendant denies the allegations in Paragraph 136 of Plaintiff's Complaint.

137. The allegations in Paragraph 137 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 137 of Plaintiff's Complaint.

138. The text of the documents referenced in Paragraph 138 of Plaintiff's Complaint speaks for itself. To the extent the allegations in Paragraph 138 of Plaintiff's Complaint contradict the specified documents, Defendant denies them and any remaining allegations contained in Paragraph 138 because.

139. The allegations in Paragraph 139 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 139 of Plaintiff's Complaint.

140. The allegations in Paragraph 140 of Plaintiff's Complaint are legal conclusions rather than factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 140 of Plaintiff's Complaint.

## PRAYER FOR RELIEF

Defendant denies that Plaintiff, on behalf of herself and each member of the putative class, is entitled to any of the relief requested in Paragraphs a-j of the Prayer for Relief contained in Plaintiff's Complaint.

## AFFIRMATIVE AND OTHER DEFENSES

Without assuming any burden of proof that by law is not otherwise imposed, Defendant asserts the following defenses and affirmative defenses:

### FIRST DEFENSE

### (Lack of Standing)

Plaintiff's claims are barred in whole or in part, individually and collectively, because Plaintiff has not suffered any damages, and therefore does not have standing to pursue their claims.

### SECOND DEFENSE

### (No Damages)

Plaintiff did not suffer any cognizable damages or other harm, particularly not as a proximate result of any alleged act or omission of Defendant.

## THIRD DEFENSE

**(Failure to Mitigate Damages)**

Plaintiff's claims are barred in whole or in part, individually and collectively, because Plaintiff failed to mitigate their alleged damages.

## FOURTH DEFENSE

**(Plaintiffs' Claims are Barred)**

Plaintiff's claims are barred in whole or in part, individually and collectively, because Defendant followed applicable HIPAA rules and guidelines.

## FIFTH DEFENSE

**(Failure to Join Necessary Parties)**

Plaintiff has failed to join all parties required for the Court to award complete relief, if any.

## SIXTH DEFENSE

**(Good Faith Conduct)**

Defendant acted with good faith and in compliance with all statutory duties.

## SEVENTH DEFENSE

**(Plaintiff's Own Conduct)**

Some or all of Plaintiff's and the putative class's claims are barred by their failure(s) and/or omission(s) to protect their own data prior to the actions complained of the Complaint.

## EIGHTH DEFENSE

**(Class Action – Certification Prerequisites)**

Defendant alleges that Plaintiff cannot satisfy the prerequisites for class certification and, therefore, cannot represent the interests of others.

## NINTH DEFENSE

**(Class Action – Lack of Predominance)**

Defendant alleges that the types of claims alleged by Plaintiff on behalf of themself and/or the alleged putative groups they purport to represent are matters in which individual questions dominate and thus are not appropriate for class action treatment and/or are otherwise unmanageable.

## TENTH DEFENSE

**(Class Action – Lack of Typicality)**

Defendant alleges that certain interests of the Plaintiff or of the alleged putative groups are in conflict with the interests of all or certain subgroups of the members of the putative groups and/or otherwise not typical.

## ELEVENTH DEFENSE

**(Class Action – Lack of Manageability)**

Defendant alleges that the Complaint and each purported cause of action alleged therein cannot proceed as a purported class action because of difficulties likely to be encountered that render the action unmanageable.

**TWELFTH DEFENSE**

**(Class Action – Individualized Inquiries)**

Plaintiff is barred from pursuing the causes of action stated in the Complaint as a class action because the defenses to be offered raise individual issues specific to each member of the class that predominate over the issues in common.

**THIRTEENTH DEFENSE**

**(Prejudgment Interest)**

The damages claimed are not sufficiently certain to allow an award of prejudgment interest.

**FOURTEENTH DEFENSE**

**(No Statutory Damages)**

To the extent alleged, Plaintiff's and putative class members claims for statutory penalties violate the First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments to the US Constitution, as well as the Florida State Constitution.

**DEMAND FOR JURY TRIAL**

Defendant also states its demand here for trial by jury.

**PRAYER FOR RELIEF**

WHEREFORE, having answered, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by her Class Action Complaint;
2. That the Complaint be dismissed;

3. That judgment be entered in favor of Defendant;
4. For attorneys' fees and costs incurred; and
5. For such other and further relief as this Court deems just and appropriate under the circumstances.

This 12th day of August, 2026

***/s/ J. Ray Poole***
Ray Poole, Esq.

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system which will generate and send an e-mail notification of said filing to all counsel of record.

***/s/ J. Ray Poole***
Ray Poole, Esq.
*Attorney for Defendant*